# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

| | |
|---|---|
| TRACY AND DENNIS COX, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>FIRST COMMUNITY BANK,<br><br>　　　　Defendant. | Case No. 5:23-cv-00392<br>Judge Frank W. Volk |

## JOINT MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

　　Plaintiffs Tracy and Dennis Cox and Defendant First Community Bank, by their respective counsel, under Federal Rule of Civil Procedure 23(e)(1) and the Court's June 7, 2024, Order, ECF No. 55, respectfully move the Court to grant preliminary approval to the Class Action Settlement Agreement (attached as Exhibit 1) by entering the tendered, agreed Preliminary Approval Order and to set this matter for a final approval hearing approximately 90 days from entry of the Preliminary Approval Order.

　　Plaintiffs have submitted a memorandum in support of this motion, along with the proposed agreed Preliminary Approval Order.

| | |
|---|---|
| Dated: August 8, 2024 | Respectfully submitted, |
| /s/ *Rodney Smith*<br>Rodney A. Smith, Esquire (WVSB # 9750)<br>**ROD SMITH LAW PLLC**<br>108½ Capitol Street, Suite 300<br>Charleston, West Virginia 25301<br>Phone: 304-342-0550<br>Fax: 304-344-5529<br>rod@LawWV.com | /s/ *Floyd E. Boone Jr.*<br>Floyd E. Boone Jr. (WV Bar. No. 8784)<br>**BOWLES RICE LLP**<br>600 Quarrier Street<br>Post Office Box 1386<br>Charleston, West Virginia 25325-1386<br>Tel: (304) 347-1100<br>Fax: (304) 347-1756<br>fboone@bowlesrice.com |

<div style="display: flex;">
<div>

Lynn A. Toops, *pro hac vice*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com

J. Gerard Stranch, IV, *pro hac vice*
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue,
Suite 200 Nashville, Tennessee 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com

*Counsel for Plaintiffs and the Proposed Settlement Class*

</div>
<div>

Michael R. Proctor (WV Bar No. 9122)
**BOWLES RICE LLP**
Southpointe Town Center
1800 Main Street, Suite 200
Canonsburg, Pennsylvania 15317
Telephone: (724) 514-8934
Facsimile: (724) 514-8954
mproctor@bowlesrice.com

*Counsel for Defendant*

</div>
</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th of August, 2024, the foregoing was served via the Court's electronic filing system to all counsel of record.

Michael R. Proctor (WVSB # 9122)
**BOWLES RICE LLP**
Southpointe Town Center
1800 Main Street, Suite 200
Canonsburg, Pennsylvania 15317
Telephone: (724) 514-8934
Facsimile: (724) 514-8954
mproctor@bowlesrice.com

Floyd E. Boone Jr. (WVSB # 8784)
**BOWLES RICE LLP**
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
Tel: (304) 347-1100
Fax: (304) 347-1756
fboone@bowlesrice.com
*Counsel for Defendant*

/s/ *Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)