# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

| | |
|---|---|
| TRACY AND DENNIS COX, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST COMMUNITY BANK,<br><br>Defendant. | Case No. 5:23-cv-00392<br>Judge Frank W. Volk |

### JOINT MOTION FOR FINAL APPROVAL
### OF CLASS ACTION SETTLEMENT

Plaintiffs Tracy and Dennis Cox and Defendant First Community Bank, by their respective counsel, under Federal Rule of Civil Procedure 23(e)(2) and the Court's October 2, 2024, Order, ECF No. 60, respectfully move the Court at the final approval hearing scheduled for November 25, 2024, to grant final approval to the Class Action Settlement Agreement, filed at ECF No. 56-1, by entering the tendered, agreed Final Approval Order.

Plaintiffs have submitted a memorandum in support of this motion, along with the proposed agreed Final Approval Order.

Dated: November 21, 2024

Respectfully submitted,

/s/ Rodney Smith
Rodney A. Smith, Esquire (WVSB # 9750)
**ROD SMITH LAW PLLC**
108½ Capitol Street, Suite 300
Charleston, West Virginia 25301
Phone: 304-342-0550
Fax: 304-344-5529
rod@LawWV.com

/s/ Floyd E. Boone Jr.
Floyd E. Boone Jr. (WV Bar. No. 8784)
**BOWLES RICE LLP**
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
Tel: (304) 347-1100
Fax: (304) 347-1756
fboone@bowlesrice.com

| | |
|---|---|
| Lynn A. Toops, *pro hac vice* <br> **COHEN & MALAD, LLP** <br> One Indiana Square, Suite 1400 <br> Indianapolis, Indiana 46204 <br> (317) 636-6481 <br> ltoops@cohenandmalad.com <br><br> J. Gerard Stranch, IV, *pro hac vice* <br> **BRANSTETTER, STRANCH & JENNINGS, PLLC** <br> 223 Rosa L. Parks Avenue, Suite 200 Nashville, Tennessee 37203 <br> Telephone: (615) 254-8801 <br> gerards@bsjfirm.com <br><br> *Counsel for Plaintiffs and the Proposed Settlement Class* | Michael R. Proctor (WV Bar No. 9122) <br> **BOWLES RICE LLP** <br> Southpointe Town Center <br> 1800 Main Street, Suite 200 <br> Canonsburg, Pennsylvania 15317 <br> Telephone: (724) 514-8934 <br> Facsimile: (724) 514-8954 <br> mproctor@bowlesrice.com <br><br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st of November, 2024, the foregoing was served via the Court's electronic filing system to all counsel of record.

Michael R. Proctor (WVSB # 9122)
**BOWLES RICE LLP**
Southpointe Town Center
1800 Main Street, Suite 200
Canonsburg, Pennsylvania 15317
Telephone: (724) 514-8934
Facsimile: (724) 514-8954
mproctor@bowlesrice.com

Floyd E. Boone Jr. (WVSB # 8784)
**BOWLES RICE LLP**
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
Tel: (304) 347-1100
Fax: (304) 347-1756
fboone@bowlesrice.com
*Counsel for Defendant*

/s/ *Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)